UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

IN RE: )
)
QUVIS, Inc. ) Case No. 09-10706
)
Debtor ) Chapter 11
)
_____ )
)
Douglas A. Friesen, M.D.; )
Marilyn R. Friesen Greenbush, Ph.D; )
Douglas C. Cusick; )
JFM Limited Partnership I; and the )
Unsecured Creditors' Committee )
)
Plaintiffs )
)
v. ) Adversary No. 10-5142
)
Seacoast Capital Partners II, L.P. )
)
Defendants )
_____ )

## DEFENDANT SEACOAST'S MOTION FOR SUMMARY JUDGMENT

Defendant Seacoast Capital Partners II, L.P. ("Seacoast") files this Motion for Summary Judgment, and respectfully shows the Court as follows:

1. Pursuant to Federal Rule of Civil Procedure 56(a), made applicable to this adversary proceeding by Bankruptcy Rule 7056, Seacoast is entitled to judgment as a matter of law with respect to all claims for equitable subordination brought by Plaintiffs Douglas A. Friesen, M.D., Marilyn R. Friesen Greenbush, Ph.D., Douglas C. Cusick, JFM Limited Partnership I, and the Unsecured Creditors Committee (the "Plaintiffs"), contained in the Complaint for Equitable Subordination, Dkt. Entry No. 1 (the "Complaint").

2. As explained more fully in the accompanying Memorandum filed in support of this Motion, Seacoast is entitled to summary judgment on all of the above claims because the

pleadings and summary judgment evidence demonstrate there is no genuine issue of material fact and that Seacoast is entitled to judgment as a matter of law.

3. Seacoast submits the following summary judgment evidence in support of this Motion.

    (a) The Affidavit of Eben S. Moulton

    (b) The Declaration of J. Maxwell Tucker

    (c) The Exhibits attached to the Seacoast list of exhibits filed in support of the Motion for Summary Judgment, including among other items, true and correct copies of interrogatory responses Plaintiffs provided to Seacoast.

## Seacoast's Request for Relief

Based upon the allegations of the Complaint, the Answer filed by Seacoast (Dkt. Entry No. 7), the summary judgment evidence referenced above, and for the reasons stated in the accompanying Memorandum of law in support of Seacoast's Motion for Summary Judgment, Seacoast is entitled to summary judgment on the claims brought by Plaintiffs for equitable subordination. Alternatively, if summary judgment is not rendered on all claims pending in this adversary proceeding, Seacoast requests partial relief under Federal Rule of Civil Procedure 56(f). By granting partial summary judgment relief, the Court may reduce the disputed issues (if any) of material fact remaining for trial, and thereby reduce the anticipated length and expense of trial.

Dated: December 16, 2010

Respectfully submitted,

FLEESON, GOOING, COULSON & KITCH, L.L.C.

By: /s/ Thomas J. Lasater
    Thomas J. Lasater, Reg. No. 11440
    P.O. Box 997
    Wichita, Kansas 67201
    Telephone: (316) 267-7361
    Email: tlasater@fleeson.com

and

J. Maxwell ("Max") Tucker
Patton Boggs LLP
2001 Ross Avenue, Suite 3000
Dallas, Texas 75201
Telephone: (214) 758-1500
Email: mtucker@pattonboggs.com

ATTORNEYS FOR SEACOAST CAPITAL PARTNERS II, L.P.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of December, 2010, a true and correct copy of this Motion was filed electronically with the United States Bankruptcy Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Thomas J. Lasater